UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D<br>EANNA M<br>ARIE M<br>ULLINS,

Plaintiff,

v.

C<br>OMMISSIONER OF S<br>OCIAL S<br>ECURITY,

Defendant.

Case No. 17-12180

S<br>ENIOR U.S. D<br>ISTRICT J<br>UDGE
A<br>RTHUR J. T<br>ARNOW

U.S. M<br>AGISTRATE J<br>UDGE
R. S<br>TEVEN W<br>HALEN

_____/

**O<br>RDER A<br>DOPTING R<br>EPORT AND R<br>ECOMMENDATION [26]; G<br>RANTING
P<br>LAINTIFF'S M<br>OTION FOR S<br>UMMARY J<br>UDGMENT [17]; D<br>ENYING D<br>EFENDANT'S
M<br>OTION FOR S<br>UMMARY J<br>UDGMENT [22]; AND R<br>EMANDING C<br>ASE**

On July 24, 2018, the Magistrate Judge issued a Report and Recommendation ("R&R") [26] on Plaintiff's Motion for Summary Judgment [17] and Defendant's Motion for Summary Judgment [22]. The R&R recommended that the Court grant Plaintiff's Motion for Summary Judgment, deny Defendant's Motion for Summary Judgment, and remand the case for further fact-finding. Neither party has filed any objection to the R&R.

The Court having reviewed the record, the R&R [26] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [17] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [22] is **DENIED**.

**IT IS FURTHER ORDERED** that the case is **REMANDED** to the Commissioner for further proceedings consistent with the R&R.

**THIS CASE IS CLOSED**.

**SO ORDERED**.

Dated: August 22, 2018

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge